UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. 13-4138

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Nicholas B. Lowery _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

| | |
|---|---|
| Lawrence W. Hewitt | 704-372-5600 |
| Name (printed or typed) | Voice Phone |
| Guthrie, Davis, Henderson & Staton | 704-372-4601 |
| Firm Name (if applicable) | Fax Number |
| 719 East Boulevard | |
| Charlotte, North Carolina 28203 | lwhewitt@gdhs.com |
| Address | E-mail address (print or type) |

[ ] I am not participating in this case. Appellate counsel is:

_____     _____
(Name)                              (Phone)

## REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

## CERTIFICATE OF SERVICE
**************************

I certify that on 2/28/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_[signature]_                                    2/28/2013
Signature                                        Date